## 17444.  COLLINS *v.* THE STATE.

BLOODWORTH, J.  This case is here on exceptions to the refusal of the judge to set aside a judgment of the superior court. The record shows that the motion to set aside was made in vacation. The principle announced in *Davis* v. *Bennett*, 158 *Ga.* 368 (123 S. E. 11), and cases cited therein, is controlling in this case. See *Hill* v. *First National Bank of Reynolds*, 30 *Ga. App.* 593 (118 S. E. 593).

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED AUGUST 4, 1926.

Making intoxicating liquor; from Campbell superior court— Judge Hutcheson.  May 1, 1926.

*Lowndes Calhoun,* for plaintiff in error.

*Claude C. Smith, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1326, n. 81.